# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129933

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GORDON PAUL BUSH,
          Defendant-Appellant.

SC: 129933
COA: 264936
Kent CC: 04-008445-FH

_____/

On order of the Court, the application for leave to appeal the October 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

Clerk

p0419